1 | RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
2 | MICHAEL R. GROVES, Senior Deputy City Attorney (#85620)
CLIFFORD S. GREENBERG, Senior Deputy City Attorney (#122612)
3 | Office of the City Attorney
200 East Santa Clara Street
4 | San Jose, California  95113-1905
Telephone: (408) 535-1900                    **E-Filed 5/18/06**
5 | Facsimile:  (408) 998-3131
Email: cao.main@sanjoseca.gov
6
Attorneys for Defendants
7 | CITY OF SAN JOSÉ and SAN JOSÉ POLICE OFFICERS

8

9 | UNITED STATES DISTRICT COURT

10 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 | SAN JOSE DIVISION

12 | THE SAN JOSE CHARTER OF THE
HELLS ANGELS MOTORCYCLE CLUB,
13 | et al.,

| NO. C99-20022 JF (PT)

**[PROPOSED] ORDER GRANTING
DEFENDANTS ROBERT CARNEY,
PETER DECENA, MICHAEL KNOX,
WILLIAM MANION, PAUL MESSIER,
DAVE NEWMAN AND RAFAEL
NIEVES' APPLICATION FOR LEAVE
TO FILE SURREPLY TO
PLAINTIFFS' MOTION FOR
SUMMARY ADJUDICATION**

14 |               Plaintiffs,

15 |        vs.

16 | CITY OF SAN JOSE, et al.,

17 |               Defendants.

18

19

20 | Date:       May 19, 2006
Time:       9:00 a.m.
21 | Courtroom: 3
Judge:      Hon. Jeremy Fogel
22

23 |        Defendants' Application for Leave to File a Surreply having come before the

24 | Court, and for good cause shown, the Application is hereby GRANTED.  Defendants'

25 | Surreply shall be filed forthwith.

26 | _____
HONORABLE JEREMY FOGEL
27 | U.S. District Court Judge

28

1