RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
MICHAEL R. GROVES, Senior Deputy City Attorney (#85620)
CLIFFORD S. GREENBERG, Senior Deputy City Attorney (#122612)
Office of the City Attorney
200 East Santa Clara Street
San Jose, California 95113-1905
Telephone: (408) 535-1900
Facsimile: (408) 998-3131
Email: cao.main@sanjoseca.gov

**E-Filed 5/18/06**

Attorneys for Defendants
CITY OF SAN JOSÉ and SAN JOSÉ POLICE OFFICERS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE SAN JOSE CHARTER OF THE HELLS ANGELS MOTORCYCLE CLUB, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN JOSE, et al.,<br><br>Defendants. | NO. C99-20022 JF (PT)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS ROBERT CARNEY, PETER DECENA, MICHAEL KNOX, WILLIAM MANION, PAUL MESSIER, DAVE NEWMAN AND RAFAEL NIEVES' APPLICATION FOR LEAVE TO FILE SURREPLY TO PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION<br><br>Date: May 19, 2006<br>Time: 9:00 a.m.<br>Courtroom: 3<br>Judge: Hon. Jeremy Fogel |

Defendants' Application for Leave to File a Surreply having come before the Court, and for good cause shown, the Application is hereby GRANTED. Defendants' Surreply shall be filed forthwith.

_____
HONORABLE JEREMY FOGEL
U.S. District Court Judge

1