NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| THE SAN JOSE CHARTER OF THE HELLS ANGELS MOTORCYCLE CLUB, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SAN JOSE, et al., <br><br> Defendants. | Case Number C-99-20022-JF (PVT) <br><br> ORDER[1] DENYING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT WITHOUT PREJUDICE; AND SETTING BRIEFING SCHEDULE AND HEARING DATE FOR RENEWED MOTION |

Plaintiffs move for partial summary judgment with respect to their Fourth Amendment claims against the seven San Jose Police Officer Defendants who participated in the searches of the Souza and Vieira residences. For the reasons stated on the record at the hearing on May 19, 2006, the motion is DENIED WITHOUT PREJUDICE, and the Court HEREBY SETS the following briefing schedule with respect to Plaintiffs' renewed motion: the motion shall be filed and served on or before June 16, 2006. The opposition shall be filed and served on or before

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 99-20022 JF (PVT)
ORDER DENYING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT WITHOUT PREJUDICE
(JFLC2)

1  June 30, 2006. The reply shall be filed and served on or before July 7, 2006. The motion shall
2  be heard at 9:00 a.m. on July 14, 2006.
3      IT IS SO ORDERED.

7  DATED: 5/19/06

    _____
    JEREMY FOGEL
    United States District Judge

---

2

Case No. C 99-20022 JF (PVT)
ORDER DENYING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT WITHOUT PREJUDICE
(JFLC2)

Copies of Order served on:

<u>Counsel for Plaintiffs</u>:

Karen L. Snell
Law Offices of Karen L. Snell
102 Buena Vista Terrace
San Francisco, CA 94117

Kate Dyer
Clarence & Dyer LLP
899 Ellis Street
San Francisco, CA 94109

Andrew C. Schwartz
Casper, Meadows, Schwartz & Cook
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, CA 94596

<u>Counsel for City of San Jose Defendants</u>:

Michael R. Groves
Clifford S. Greenberg
Office of the City Attorney
City of San Jose
151 West Mission Street
San Jose, CA 95110

Case No. C 99-20022 JF (PVT)
ORDER DENYING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT WITHOUT PREJUDICE
(JFLC2)