1  Karen L. Snell, SBN 100266
   Law Offices of Karen L. Snell
2  102 Buena Vista Terrace
   San Francisco, CA 94117
3  Telephone: (415) 225-7592
   Facsimile: (415) 487-0748
4  Email: ksnell@clarencedyer.com                    **E-filed 6/19/06**

5  Kate Dyer, SBN 171891
   CLARENCE & DYER LLP
6  899 Ellis Street
   San Francisco, CA 94109
7  Telephone: (415) 749-1800
   Facsimile: (415) 749-1694
8  Email: kdyer@clarencedyer.com

9  Andrew C. Schwartz, SBN 64578
   CASPER, MEADOWS, SCHWARTZ & COOK
10 A Professional Corporation
   California Plaza
11 2121 North California Blvd., Suite 1020
   Walnut Creek, CA 94596
12 Telephone: (925) 947-1147
   Facsimile: (925) 947-1131
13 Email: schwartz@cmslaw.com

14 Attorneys for Plaintiffs
   SAN JOSE CHARTER, et al.
15
                    UNITED STATES DISTRICT COURT
16
                    NORTHERN DISTRICT OF CALIFORNIA
17

18 | THE SAN JOSE CHARTER OF THE HELLS         | Case No.: 99-20022 JF (PT)
   | ANGELS MOTORCYCLE CLUB, an unincorporated |
19 | association, JAMES ARNETT, MARNIE ARNETT, | **STIPULATION AND [PROPOSED]**
   | RONALD COOK, VICKIE BOZZIE, FILLMORE      | **ORDER TO CONTINUE HEARING**
20 | CROSS, MARGARET CROSS, TED DEMELLO,       | **DATE**
   | DEBORAH VAN TASSEL, JEFFREY PETTIGREW,    |
21 | JAMES SOUZA, ROBERT VIEIRA, LORI VIEIRA,  | Hearing Date:   July 14, 2006
   | JAMES WELCH, GREGORY WILKINS and DENISE   | Time:           9:00 AM
22 | WILKINS,                                  | Judge:          Hon. Jeremy Fogel
   |                                           | Courtroom:      3
23 |                      Plaintiffs,          |
   |          v.                               |
24 |                                           |
   | CITY OF SAN JOSE, et al.                  |
25 |                                           |
   |                      Defendants.          |
26

27 ///

28 ///

                                                                              1

1

2      After consultation with this Court's clerk, the parties hereby stipulate to continue the hearing date

3   on Plaintiffs' motion for summary adjudication from July 14, 2006 at 9:00 a.m. to August 11, 2006 at

4   9:00 a.m.

5      It is so stipulated.

6

7      Dated: June 15, 2006                       By: /s/:Michael Groves
                                                         Michael Groves
8                                                        Attorney for the City of San Jose

9

10                                             CLARENCE & DYER LLP

       Dated: June 15, 2006
11

12                                             By:    /s/: Kate Dyer
                                                       Karen L. Snell
13                                                     Kate Dyer
                                                       Andrew C. Schwartz
14                                                     Attorney for Plaintiffs

15                                       **ORDER**

16      Pursuant to the above stipulation of the parties, Plaintiffs' motion for summary adjudication shall

17   be heard on August 11, 2006 at 9:00 a.m.  The July 14, 2006 hearing date is hereby vacated.

18      IT IS SO ORDERED.

19

20   Dated:   June  19  , 2006

21

22                                             _____
                                               JEREMY FOGEL
                                               U.S. DISTRICT JUDGE
23

24

25

26

27

28

                                                                                         2